NEWBURGER and CONLAN, JJ., concur.
Order affirmed, with costs.

---

EDMUND L. MOONEY et al., Respondents, *v.* JOHN ROBINSON, Appellant.

APPEAL from a judgment in favor of plaintiffs.

*Mooney & Shipman*, for respondents.

*J. Warren Lawton*, for appellant.

NEWBURGER, J.   This is an action by the plaintiffs for professional services.

The answer of the defendant was a general denial.

On the trial of the action the only question raised was that of employment.

The plaintiffs claimed employment by an agent of the defendant and a subsequent ratification by the defendant.

The trial justice properly submitted the question of retainer to the jury, and they having found for the plaintiff the judgment must be affirmed, with costs.

CONLAN, J., concurs.
Judgment affirmed, with costs.

---

CITY COURT OF NEW YORK — GENERAL TERM, MAY, 1894.

DESEDERIO GENOVESE, Respondent, *v.* RIZIERI MATELLI et al., Appellants.

APPEAL from order denying motion for leave to serve a supplemental answer.

*Gilbert Elliott*, for respondent.

*F. H. Wilson*, for appellants.

McCarthy, J.   The facts being identical with those set out in action No. 1, *ante*, page 493, the order appealed from herein is reversed, with costs, and the defendant allowed to serve a supplemental answer on payment of ten dollars costs.

Ehrlich, Ch. J., and Van Wyck, J., concur.

Order reversed, with costs, with leave to serve a supplemental answer on payment of costs.